IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BRIGHT CONSTRUCTION, INC. )<br>Petitioner, )<br>)<br>v. )<br>)<br>CARPENTERS DISTRICT COUNCIL )<br>OF KANSAS CITY PENSION FUND )<br>and )<br>MELMORE CONSTRUCTION, INC. )<br>F/K/A DCM CONSTRUCTION, INC., )<br>Respondents. ) | Case No. 4:12-mc-09028-FJG |
| KEITH WINN and DONALD E. )<br>GREENWELL, III, TRUSTEES OF THE )<br>CARPENTERS DISTRICT COUNCIL )<br>OF KANSAS CITY PENSION FUND, )<br>a Trust Fund, )<br>and )<br>CARPENTERS DISTRICT COUNCIL )<br>OF KANSAS CITY PENSION FUND, )<br>a Trust Fund, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BRIGHT CONSTRUCTION, INC., )<br>)<br>Defendant. ) | Case No. 4:13-CV-00181-FJG |

## JOINT SUBMISSION OF RECORD

COME NOW the parties to this matter, and jointly submit the following list of exhibits as the record for this matter as ordered by this Court in its August 27, 2013 Order (Document 12). With the exception of Joint Exhibits 1 and 2, all exhibits were originally presented by the parties to the arbitrator in the arbitration proceeding by Carpenters District Counsel of Kansas City Pension Fund ("Fund") as the Plaintiff in the underlying arbitration and by Melmore Construction, Inc. f/k/a "DCM Construction, Inc." and Bright Construction, Inc. as Defendants in the underlying arbitration.

All references to exhibits shall be made as follows: "P" signifies the Plaintiff Fund's exhibit presented at the subject arbitration hearing and "D" signifies Defendants' exhibit presented at the subject arbitration hearing.

| Joint Exhibit | Original Exhibit | Description |
|---|---|---|
| 1 | N/A | Arbitrator's Award of November 21, 2012 |
| 2 | N/A | Transcript from October 25, 2012 arbitration proceedings |
| 3 | P1 | Agreement for Voluntary Recognition executed by DCM Construction, Inc. on January 22, 2003 |
| 4 | P2 | Residential Contract Stipulation executed by DCM Construction, Inc. on January 22, 2003 |
| 5 | P3 | Residential Collective Bargaining Agreement in effect April 1, 2009 to March 31, 2013, between the Carpenters District Council of Kansas City and Vicinity and The Builders' Association |
| 6 | P4 | The Segal Company Withdrawal Liability Report for Carpenters District Council of Kansas City Pension Fund as of March 31, 2010 |
| 7 | P5 | The Segal Company Actuarial Report and Review for Carpenters District Council of Kansas City Pension Fund as of April 1, 2011 |
| 8 | P6 | The Segal Company Withdrawal Liability Calculation for Carpenters District Council of Kansas City Pension Fund regarding DCM Construction, Inc./Bright Construction, Inc. |
| 9 | P7 | Remittance Reports of DCM Construction, Inc. from March 2010 to August 2010 |
| 10 | P8 | Carpenters District Council of Kansas City Pension Fund demand for payment of withdrawal liability to DCM Construction, Inc. and Bright Construction, Inc. dated February 23, 2011 |
| 11 | P9 | Request for review of DCM Construction, Inc. and Bright Construction, Inc. dated April 12, 2011 (letter only) |
| 12 | P10 | Carpenters District Council of Kansas City Pension Fund's response to request for review of DCM Construction, Inc. and Bright Construction, Inc. dated September 9, 2011 |
| 13 | P11 | Request for Arbitration dated October 5, 2011 |
| 14 | P12/D1 | Asset Purchase Agreement between DCM Construction, Inc. and Bright Construction, Inc. dated August 11, 2010 |
| 15 | P13/D2 | Promissory Note executed by Bright Construction, Inc. dated August 11, 2010 (Lender: DCM Construction, Inc.) |
| 16 | P14/D3 | Promissory Note executed by Bright Construction, Inc. dated August 11, 2010 (Lender: Denise Moore) |
| 17 | P15/D4 | Personal Guaranty Agreement executed by Bright Construction, Inc. dated August 11, 2010 (Lender: Denise Moore) |
| 18 | P16/D6 | General Bill of Sale and Assignment and Instrument of Assumption between DCM Construction,, Inc. and Bright Construction, Inc., Denise Moore, David Melcher and Richard Bright dated August 11, 2010 |

| 19 | P17/D7 | Articles of Incorporation of DCM Construction, Inc. executed by David Melcher dated January 2, 2003; Bylaws of DCM Construction, Inc. executed by David Melcher dated January 3, 2003; Subscription Agreement of DCM Construction, Inc. and David Melcher dated January 3, 2003 |
|---|---|---|
| 20 | P18/D8 | Waiver of Notice of Annual Meeting of Shareholders and Board of Directors of DCM Construction, Inc. dated January 3, 2003; Minutes of First Meeting of Shareholders of DCM Construction, Inc. dated January 3, 2003; Minutes of First Meeting of Board of Directors of DCM Construction, Inc. dated January 3, 2003; Waiver of Notice of Second Annual Meeting of Shareholders and Board of Directors of DCM Construction, Inc. dated January 3, 2004; Minutes of Second Meeting of Shareholders of DCM Construction, Inc. dated January 3, 2004; Minutes of Second Meeting of Board of Directors of DCM Construction, Inc. dated January 3, 2004; Waiver of Notice of Third Annual Meeting of Shareholders and Board of Directors of DCM Construction, Inc. dated January 3, 3005; Minutes of Third Meeting of Shareholders of DCM Construction, Inc. dated January 3, 2005; Minutes of Third Meeting of the Board of Directors of DCM Construction, Inc. dated January 3, 2005; Waiver of Notice of Fourth Annual Meeting of Shareholders and Board of Directors of DCM Construction, Inc. dated January 3, 2006; Minutes of Fourth Meeting of the Board of Directors of DCM Construction, Inc. dated January 3, 2006; Waiver of Notice of Fifth Annual Meeting of Shareholders and Board of Directors of DCM Construction, Inc. dated January 3, 2007; Minutes of Fifth Meeting of the Board of Directors of DCM Construction, Inc. dated January 3, 2007; Waiver of Notice of Annual Meeting of the Shareholders of DCM Construction, Inc. dated January 3, 2008; Minutes of the Board of Directors of DCM Construction, Inc. dated January 3, 2008; Statement of Unanimous Consent to Action Taken in Lieu of an Annual Meeting of the Shareholders of DCM Construction, Inc. dated January 3, 2009; Minutes of the Board of Directors of DCM Construction, Inc. dated January 3, 2009; Statement of Unanimous Consent to Action Taken in Lieu of an Annual Meeting of the Shareholders of DCM Construction, Inc. dated January 3, 2010; Minutes of the Board of Directors of DCM Construction, Inc. dated January 3, 2010; Statement of Unanimous Consent to Action Taken in Lieu of an Annual Meeting of the Shareholders of DCM Construction, Inc. dated January 3, 2011; Minutes of the Board of Directors of DCM Construction, Inc. dated January 3, 2011 |
| 21 | P19/D9 | Stock Certificate of DCM Construction, Inc. issued to David Melcher dated January 3, 2003; Stock Certificate of DCM Construction, Inc. issued to Denise Moore dated January 1, 2009; Stock Certificate of DCM Construction, Inc. issued to Denise Moore dated January 1, 2010 |
| 22 | P20/D10 | Letter of Kansas Secretary of State dated August 12, 2010; Certificate of Amendment of DCM Construction, Inc. dated August 11, 2010 |
| 23 | P21/D11 | Kansas Secretary of State Corporate Annual Reports of DCM Construction, Inc. for Tax Closing Dates of 12/31/03; 12/31/04; 12/31/05; 12/31/06; 12/31/07; 12/31/08; 12/31/09; Kansas Secretary of State Corporate Annual Reports of Melmore Construction, Inc. for Tax Closing Date of 12/31/10 |

| | | |
|---|---|---|
| 24 | P22/D12 | Missouri Secretary of State business entity information of DCM Construction, Inc. as of April 12, 2011; Missouri Secretary of State Annual Registration Reports of DCM Construction, Inc. filed 8/7/10; 8/29/09; 10/8/08; 12/3/07; 8/29/06; 9/6/05; 8/29/04; 9/9/03 |
| 25 | P23/D15 | Missouri Secretary of State Articles of Incorporation of Bright Construction, Inc. dated June 10, 2010 |
| 26 | P23/D17 | Missouri Secretary of State 2010-2011 Biennial Registration Report of Bright Construction, Inc. filed November 30, 2010 |
| 27 | P24/D17 | Missouri Secretary of State 2012-2013 Biennial Registration Report of Bright Construction, Inc. filed October 12, 2012 |
| 28 | P25/D18 | Missouri Secretary of State Registration of Fictitious Name of DCM Construction, Inc. filed March 30, 2011 (Owner: Bright Construction, Inc.) |
| 29 | P26/D19 | Waiver of Notice of Meeting of Incorporation of Bright Construction, Inc. and Minutes of Action by Consent of Incorporation dated June 10, 2010 |
| 30 | P27/D20 | Waiver of Notice of Organizational Meeting of Board of Directors of Bright Construction, Inc. and Minutes of Organizational Action by Consent of all Directors dated June 10, 2010 |
| 31 | P28/D21 | Corporation By-Laws of Bright Construction, Inc. dated June 10, 2010 |
| 32 | P29/D22 | Stock Certificate of Bright Construction, Inc. issued to Richard Bright T/O/D Rebecca Bright dated June 10, 2010 |
| 33 | P30 | Check Number 1640 of Bright Construction Inc d/b/a DCM Construction payable to "American Arbitration Association" in the amount of $625.00 dated October 3, 2011 |
| 34 | P31 | EPA Certified Restoration Firms web page listing "Bright Construction Inc. DBA DCM Construction with an expiration date of May 30, 2017 |
| 35 | P32 | Records of Wilson-McShane Corporation regarding DCM Construction, Inc. |
| 36 | P33 | List of Common Employees of DCM Construction, Inc. and Bright Construction, Inc. d/b/a DCM Construction, Inc. – 2008 to 2011 |
| 37 | P34 | Letter from David Melcher to Rick Bright (undated) |
| 38 | P35 | Notes of Justin Kathman of Wilson-McShane Corporation regarding Bright Construction, Inc. |
| 39 | P36 | List of Common Vendors (DCM Construction, Inc. and Bright Construction, Inc.) |
| 40 | P37 | List of Common Contracts/Clients (DCM Construction and Bright Construction, Inc.) |
| 41 | P38 | Task List of David Melcher |
| 42 | P39/D97 | Payne & Jones (Attorneys) – Billing Statement for period June 14, 2010 to August 13, 2010 and check number 5028 payment memo |
| 43 | P40 | Communication from Rick Bright to Denise Moore regarding Office Equipment |
| 44 | P41/D82 | Series of e-mails between David Melcher and Denise Moore regarding Paychex account (October 6-29, 2010) |
| 45 | P42 | DCM Construction, Inc. - Customer Invoices pre-August 10, 2010 |
| 46 | P43 | Bright Construction, Inc. d/b/a DCM Construction – Customer Invoices post-August 10, 2010 |
| 47 | P44/D35 | Lenexa, Kansas Business License Application of Bright Construction, Inc. dated December 1, 2011 |
| 48 | P45/D37 | Johnson County Contractor Licensing Program of DCM Construction, Inc. – 2011 |

| | | |
|---|---|---|
| 49 | P46/D39 | City of Prairie Village, Kansas Contractor License of Bright Construction, Inc. d/b/a DCM Construction dated December 27, 2011 |
| 50 | P47 | DCM Construction, Inc. check number 5057 (2 pages) |
| 51 | P48 | DCM Construction, Inc. check number 5062 |
| 52 | P49 | Series of emails between Denise Moore and David Melcher (August 23-24, 2010) |
| 53 | P50/D42 | Document titled "Things to Discuss" |
| 54 | P51/D44 | DCM Construction, Inc. – Contract Changes |
| 55 | P52 | Email of David Melcher to Denise Moore and Rick Bright dated July 26, 2010 |
| 56 | P53/D91 | Lease between DCM Construction, Inc. and Denmor Properties, LLC, dated January 13, 2008, for 8345 Wornall Road, Kansas City, Missouri |
| 57 | P54/D5 | Lease between Bright Construction, Inc. and Denmor Properties, LLC, dated August 11, 2010, for 8345 Wornall Road, Kansas City, Missouri |
| 58 | D13 | Missouri Foreign Corporation Application for DCM Construction, Inc. |
| 59 | D14 | Missouri Registered Agent changes for DCM Construction, Inc. |
| 60 | D16 | Certificate of Incorporation of Bright Construction, Inc. |
| 61 | D23 | DCM Construction, Inc. – State Auto Policy documents (Policy #: BAP 221838602) from 3/25/10 - 3/25/11 |
| 62 | D24 | DCM Construction, Inc. – State Auto Policy documents (Policy #: PBP 248627102) from 3/25/10 - 3/25/11 |
| 63 | D25 | DCM Construction, Inc. – Accident Fund payment documents (Policy #: WCV 6042563 03 02) |
| 64 | D26 | DCM Construction, Inc. – Accident Fund refund check dated 11/22/10 |
| 65 | D27 | DCM Construction, Inc. – Accident Fund audit letter documents dated 8/23/10 |
| 66 | D28 | DCM Construction, Inc. – Cancellation request State Auto policy #BAP221838602 |
| 67 | D29 | DCM Construction, Inc. – Cancellation request State Auto policy #PBP2486271 |
| 68 | D30 | DCM Construction, Inc. – Cancellation request Accident Fund policy #WCX6042563 |
| 69 | D31 | Bright Construction, Inc. – Accident Fund payment history documents and cancellation notice policy #WCV6068044  00 02 |
| 70 | D32 | Bright Construction, Inc. - State Auto policy documents Policy #BOP256371700 from 8/11/10 – 8/11/11 |
| 71 | D33 | Bright Construction, Inc. - Allied Insurance payment documents Policy #879412252 |
| 72 | D34 | Bright Construction – Bank of America account records (Account #4339 9311 0018 1056) |
| 73 | D36 | Bright Construction, Inc. – Mission Hills Occupational License dated 5/1/12 |
| 74 | D38 | Bright Construction, Inc. – Kansas City, Missouri Business License documents |
| 75 | D40 | DCM Construction – Gross payroll by employee, total income and payments to subcontractors – 8/11/10 - 8/11/11 |
| 76 | D41 | Bright Construction, Inc. – Bank of America statements (Account #5180 0356 9276) |
| 77 | D43 | 7/26/10 email from David Melcher to Denise Moore and Rick Bright |
| 78 | D45 | DCM Construction, Inc. – Balance sheet as of December 31, 2010 |

| 79 | D46 | DCM Construction, Inc. – Balance sheet as of December 31, 2011 |
|---|---|---|
| 80 | D47 | DCM Construction, Inc. – Balance sheet as of June 30, 2012 |
| 81 | D48 | DCM Construction, Inc. – Profit & Loss report as of December 31, 2010 |
| 82 | D49 | DCM Construction, Inc. – Profit & Loss report as of December 31, 2011 |
| 83 | D50 | DCM Construction, Inc. – Profit & Loss report as of June 30, 2012 |
| 84 | D51 | Bright Construction, Inc. – 2010 - 2012 corporate tax returns |
| 85 | D52 | Bright Construction, Inc. – 2010 - 2012 Employee W-2s |
| 86 | D53 | Bright Construction, Inc. – Paychex account statements and documents |
| 87 | D54 | DCM Construction, Inc. – 2008 – 2011 corporate tax returns |
| 88 | D55 | DCM Construction, Inc. – Missouri state tax registration application, documents, correspondence, bond and final return. |
| 89 | D56 | DCM Construction, Inc. – Capital One credit card statements and correspondence (Account #4802-1323-9635-2760) |
| 90 | D57 | DCM Construction, Inc. – Bank of America statements and documents (Account #4339 9300 1933 3832) |
| 91 | D58 | DCM Construction, Inc. – Bank of America statements (Account #0050 4839 9629) |
| 92 | D59 | DCM Construction, Inc. – Balance sheet as of December 31, 2008 |
| 93 | D60 | DCM Construction, Inc. – Balance sheet as of December 31, 2009 |
| 94 | D61 | DCM Construction, Inc. – Balance sheet as of December 31, 2010 |
| 95 | D62 | DCM Construction, Inc. – Balance sheet as of December 31, 2011 |
| 96 | D63 | DCM Construction, Inc. – Balance sheet as of June 30, 2012 |
| 97 | D64 | DCM Construction, Inc. – Profit & Loss report as of December 31, 2008 |
| 98 | D65 | DCM Construction, Inc. – Profit & Loss report as of December 31, 2009 |
| 99 | D66 | DCM Construction, Inc. – Profit & Loss report as of December 31, 2010 |
| 100 | D67 | DCM Construction, Inc. – Profit & Loss report as of December 31, 2011 |
| 101 | D68 | DCM Construction, Inc. – Vendor credit applications and correspondence |
| 102 | D69 | DCM Construction, Inc. – Account quick report – shareholder distributions |
| 103 | D70 | DCM Construction, Inc. – Account quick report – Melcher note payable |
| 104 | D71 | DCM Construction, Inc. – Missouri application for an Amended Certificate of Authority |
| 105 | D72 | DCM Construction, Inc. – AFLAC reimbursement documentation |
| 106 | D73 | DCM Construction, Inc. – Final Kansas City Residential Carpenter Fringe Benefits report |
| 107 | D74 | DCM Construction, Inc. – State Auto cancellation credit |
| 108 | D75 | DCM Construction, Inc. – 401K Plan termination form |
| 109 | D76 | DCM Construction, Inc. – Paychex service termination documentation |
| 110 | D77 | DCM Construction, Inc. – Kansas Department of Revenue notices of discontinuation of business |
| 111 | D78 | DCM Construction, Inc. – Kansas Department of Labor notice of discontinuation of business |
| 112 | D79 | DCM Construction, Inc. – check copies and stubs showing winding-up payments following asset sale to Bright Construction, Inc., Bank of America account #0050 4839 9629 check nos. 5023 - 5029, 5031 - 5033, 5045, 5048, 5049 |
| 113 | D80 | Melmore Construction, Inc. – Wage garnishment of Brandon Davidson |

| 114 | D81 | DCM Construction, Inc. – Invoices, receipts and check stubs documenting warranty work and payments by DCM Construction, Inc. following asset sale to Bright Construction, Inc. |
|---|---|---|
| 115 | D83 | Email thread from Denise Moore to home email address dated 2/17/11 |
| 116 | D84 | Undated memorandum from David Melcher to Rick Bright regarding "Carpenters Agreement" |
| 117 | D85 | DCM Construction, Inc. – 2010 Form 1096 with attached 1099s |
| 118 | D86 | DCM Construction, Inc. – 2009 form 5500-SF for 401K plan |
| 119 | D87 | DCM Construction, Inc. – Certificate from Contractor Licensing Program |
| 120 | D88 | DCM Construction, Inc. – Shawnee, Kansas business license renewal |
| 121 | D89 | DCM Construction, Inc. – Prairie Village, Kansas business license |
| 122 | D90 | DCM Construction, Inc. – Kansas City, Missouri business and contractors licenses |
| 123 | D92 | Johnson County, Kansas Certificates of Completion of Contractor Licensing Continuing Education for Sam Maupin |
| 124 | D93 | DCM Construction, Inc. – Residential Contractor Class C licenses, 2003 |
| 125 | D94 | Tom Jones notes of April 19, 2010 meeting with Steve Moore |
| 126 | D95 | April 20, 2010 letter from Tom Jones to Steve and Denise Moore with Proposed Terms of Sale |
| 127 | D96 | May 14, 2010 letter from Tom Jones to Steve and Denise Moore |
| 128 | N/A | DCM Construction, Inc. and Bright Construction Inc. Motion to Dismiss and Brief in Support (April 2, 2012) |
| 129 | N/A | Carpenters District Council of Kansas City Pension Fund's Reply to DCM Construction, Inc. and Bright Construction, Inc.'s Brief (April 23, 2012) |
| 130 | N/A | Arbitrator's Decision Denying Motion to Dismiss |
| 131 | N/A | Stipulated Facts (Exhibit A to Joint Exhibit No. 128) |

Respectfully Submitted,

**MONACO. SANDERS, GOTFREDSON, RACINE & BARBER, L.C.**

/s/ Aaron J. Racine
Aaron J. Racine, Missouri Bar No. 48067
1411 E. 104th Street, Suite 100
Kansas City, MO 64131-4521
Telephone: 816.523.2400
Facsimile: 816.942.0006
*Attorney for Bright Construction, Inc.*

ARNOLD, NEWBOLD, WINTER & JACKSON, P.C.

/s/ Paul E. Torlina
Michael G. Newbold, Missouri Bar No. 25523
Paul E. Torlina, Missouri Bar No. 52798
1125 Grand Boulevard, Suite 1600
Kansas City, Missouri  64106
Telephone:     816-421-5788
Facsimile:     816-471-5574
*Attorneys for Carpenters District Council of Kansas City Pension Fund*